IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES SCURLOCK, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PENTHOUSE                   INTERNATIONAL)<br>ENTERTAINMENT CONSULTANTS IEC, )<br>)<br>    Defendants. ) | Case No. 3:15-cv-338-JPG-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the Motion to Withdraw as Counsel filed on January 22, 2016 (Doc. 17). On February 10, 2016, Plaintiff appeared with Counsel, Andre Townsel, at a hearing on the motion. For the reasons set forth at the hearing, the Motion is **GRANTED**.

At the hearing, Plaintiff was admonished of the perils of proceeding *pro se* and was given a copy of the *Pro Se Litigant's Handbook*. Plaintiff was instructed to secure counsel by March 10, 2015 and a hearing was to be set once counsel entered an appearance.

As of the date of this Order, no attorney has entered an appearance. In order to move these proceedings along, this matter is **SET** for an **IN PERSON** Scheduling Conference on **March 30, 2016 at 2:00 p.m.** The parties shall confer and present a Joint Report of Parties seven (7) days prior to the conference. Defendant shall email the Joint Report of Parties to chambers. In the event that Plaintiff secures counsel prior to the March 30, 2016 conference, the conference shall be converted to a telephone conference upon motion of the parties.

The Court reminds Plaintiff that regardless of whether he is represented by counsel or not, this matter shall follow the Federal Rules of Civil Procedure and the parties are expected to

cooperate in scheduling and discovery matters.   Plaintiff should continue to keep Defendants and the Court aware of any changes in address or contact information.

**IT IS SO ORDERED.**

**DATED: March 9, 2016**

**DONALD G. WILKERSON**
**United States Magistrate Judge**