UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES SCURLOCK, <br><br> Plaintiff, <br><br> v. <br><br> PENTHOUSE INTERNATIONAL ENTERTAINMENT CONSULTANTS IEC, <br><br> Defendant. | Case No. 15-cv-338-JPG-DGW |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant IRC, LP (misnamed in the complaint as Penthouse International Entertainment Consultants IEC) and against plaintiff Charles Scurlock and that this case is dismissed with prejudice.

**DATED:** May 10, 2017          JUSTINE FLANAGAN, Acting Clerk of Court

                                **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**